**Dismissed and Memorandum Opinion filed August 8, 2023**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00291-CV

---

**MONIQUE MANDELL, Appellant**

**V.**

**FATIMA  BRELAND, Appellee**

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 504,405**

---

### MEMORANDUM  OPINION

This appeal is from an order signed April 24, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 6, 2023, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On

July 6, 2023, appellant was ordered to provide this court with proof of payment for the record on or before July 17, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Jewell, Bourliot, and Zimmerer